AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Washington  ☑

| | |
|---|---|
| Cody Hart, Derrill Fussell, Steven Rindal, Timothy Garrison, Kathrine Anne LaFreniere and Kevin Ewing <br><br> *Plaintiff(s)* <br><br> v. <br><br> State of Washington, Karl D. Smith <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 26-cv-019-MLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karl D. Smith
Office of the Attorney General — Solicitor General's Office
PO Box 40100
Olympia, WA 98504-0100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cody Hart, c/o 901 Metcalf Street #71, Sedro Woolley WA [98284]
Derrill Fussell, c/o P O Box 711, Clearlake WA 98235
Steven Rindal, 929 E College Way, Mount Vernon WA 9273
Timothy Garrison, c/o 929 E. College Way, Mount Vernon WA [98273]
Kathrine Anne LaFreniere, 532 Cook Road, Sedro Woolley WA 98284
Kevin Ewing, /o P.O. Box 119, Burlington WA 98233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington   ▾

|  |  |
|---|---|
| Cody Hart, Derrill Fussell, Steven Rindal, Timothy Garrison, Kathrine Anne LaFreniere and Kevin Ewing | ) ) ) ) ) ) |
| _____ *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 26-cv-019-MLP |
| State of Washington, Karl D. Smith | ) ) ) ) |
| _____ *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Washington
C/o Office of the Attorney General
PO Box 40100 1125 Washington Street SE
Olympia, WA 98504-0100

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cody Hart, c/o 901 Metcalf Street #71, Sedro Woolley WA [98284]
Derrill Fussell, c/o P O Box 711, Clearlake WA 98235
Steven Rindal, 929 E College Way, Mount Vernon WA 9273
Timothy Garrison, c/o 929 E. College Way, Mount Vernon WA [98273]
Kathrine Anne LaFreniere, 532 Cook Road, Sedro Woolley WA 98284
Kevin Ewing, /o P.O. Box 119, Burlington WA 98233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                      *Signature of Clerk or Deputy Clerk*